IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC HERRERA,<br><br>Defendant. | **Case No.:** CR 23–463 RS<br><br>**ORDER RE: STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**Court:**   Courtroom 3, 17th Floor |

TO THE HONORABLE JUDGE SEEBORG:

Due to defendant's recent illness, he was not able to attend the Presentence interview scheduled on February 27, 2024. As such, U.S. Probation does not have enough time to complete their investigation in time for the currently- set Sentencing Hearing date of March 26, 2024.

Therefore, the Parties agree that the Sentencing Hearing in this matter shall be continued to April 23, 2024, at 9:30 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| March 8, 2024<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California<br><br>             /S             <br>IVANA DJAK<br>Assistant United States Attorney |

STIPULATION TO CONTINUE
*HERRERA*, CR 23–463 RS

| | |
|---|---|
| March 8, 2024<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SEVERA KEITH<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 3/8/2024<br>Dated | RICHARD SEEBORG<br>United States Chief District Judge |

STIPULATION TO CONTINUE
*HERRERA*, CR 23–463 RS

2